UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| EDWARD W. CRANDALL ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:12-cv-33 |
| ) | *Judge Phillips* |
| ) | |
| STATE OF TENNESSEE ) | |
| ) | |
| *Respondent*. ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT